**HANRATTY LAW GROUP**
Kevin M. Hanratty, Esq.
Nevada Bar No. 007734
Ani Biesiada, Esq.
Nevada Bar No. 14347
1815 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 821-1379
Fax:    (702) 870-1846
Email: kevinh@hanrattylawgroup.com
Email: anib@hanrattylawgroup.com
*Counsel for Plaintiff Tara M. Haywood*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TARA M. HAYWOOD, | Case No:  2:23-cv-01062-JAD-DJA |
| Plaintiff, | **STIPULATION FOR** ~~**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER AND**~~ **EXTENSION OF DISCOVERY DEADLINES** |
| vs. | |
| SPROUTS FARMERS MARKET, LLC, et al., | ~~**SUBMITTED WITH SPECIAL SCHEDULING REVIEW REQUESTED PURSUANT TO LR 26-1(a) AND (b)(1)**~~ |
| Defendant. | |

<strong><span style="color:red">AS AMENDED</span></strong>

Plaintiff TARA M. HAYWOOD ("Plaintiff") and Defendant SPROUTS FARMERS MARKET, LLC ("Defendant Sprouts"), by and through their respective counsel, and hereby submit to the Court the following Stipulation and Order for Extension/Modification of the Discovery Plan and Scheduling Order pursuant to ~~LR 26-1.~~ LR 26-3.

**I.** ~~**Local Rule 6-1**~~ Local Rule IA 6-1

LR IA 6-1(a)

Under ~~LR 6-1(b)~~ every stipulation to extend time must inform the court of any previous extensions granted and state the reason for the extension requested.

     **A.**    **The Requirement of** ~~**Local Rule 6-1**~~ Local Rule IA 6-1 **Are Satisfied**

This is the first request for extension filed by the parties. The parties seek to extend

1

discovery because a new party, ROCATEQ, was recently disclosed through discovery on November 28, 2023, as the manufacturer of the brake system/anti-theft security system on the shopping cart that allegedly malfunctioned causing Plaintiff's injuries. The parties are stipulating to Amend the Complaint to name ROCATEQ as a Defendant in the above-entitled action and seeking extension to the discovery and expert disclosure deadlines given the addition of this newly disclosed Defendant.

II.     **Local Rule ~~26-1(a)~~** 26-3(a)

Under ~~LR 26-1(a)~~ LR 26-3(a) a statement specifying the Discovery completed:

Initial Disclosures pursuant to FRCP 26.1 have been exchanged by all parties. Written discovery has been exchanged between the respective parties, including the Interrogatories, Request for Production of Documents and Request for Admissions along with production of medical authorizations by Plaintiff to Defendant SPROUTS.

III.    **Local Rule ~~26-1(b)~~** 26-3(b)

Under LR ~~26-1(b)~~ 26-3(b) a specific description of the Discovery that remains to be completed:

1. Deposition of Plaintiff.

2. Deposition of Custodian of Records and/or Rule 30(b)(6) witness for SPROUTS FARMERS MARKET, LLC, along with 2-3 Sprouts Employees working on the day of the subject incident.

3. Deposition of Store Manager of SPROUTS FARMERS MARKET, LLC on duty at the time of the incident.

4. Depositions of Plaintiff's Treating Physicians along with Depositions of Retained Experts.

5. Written discovery and Depositions for the soon to be amended Defendant ROCATEQ Rule 30(b)(6) witness related to the security wheel stops on the

grocery carts used at SPROUTS market in question and any and all information about malfunctions and defects in the anti-theft wheels stops used on the SPROUTS grocery carts in question.

IV. **Local Rule 26-1(c)** [26-3(c)]

Under LR 26-1(c) the reasons why Discovery remaining was not completed within the time limits set by the Discovery Plan:

The parties have been attempting to obtain medical records and bills from Plaintiff's numerous medical providers.

Counsel for Plaintiff and Defendant Sprout have discussed and agreed to extending discovery deadlines in the case an additional **180 days** to allow the amendment of Complaint to add Defendant ROCATEQ, as a named Defendant in the above-entitled action, additional discovery to this Defendant, inspection of the store area/grocery carts, parking lot and anti-theft wheel stops used on grocery carts by liability experts, and taking the remaining depositions of the percipient witnesses remaining that were present when the incident occurred.

The Stipulation to Extend the Discovery Deadlines is warranted because the proposed and newly disclosed Defendant ROCATEQ was only recently disclosed on November 28, 2023.

V. **Local Rule 26-1(d)** [26-3(d)]

Under LR 26-1(d) a proposed schedule for completing all remaining Discovery:

(i)   Discovery cutoff dates: Extend the current Discovery cutoff date shall be extended to **September 6, 2024;**

(ii)  Disclosure of Initial Experts and Expert Reports shall be extended to **July 5, 2024;**

(iii) Disclosure of Rebuttal Experts and Expert Reports shall be extended **August 2, 2024;**

(iv)  The final date to amend pleadings and add parties shall be extended **June 7, 2024;**

3

(v)  Final date to file Dispositive Motions shall be extended **October 4, 2024**; and

(vi)  Submittal of the Joint Pre-Trial Order (if no Dispositive Motions are filed) to be extended to: **November 4, 2024**.

Therefore, good cause existing, counsel jointly request that this Honorable Court allow the parties to amend the Complaint to add in the newly disclosed Defendant ROCATEQ as a Defendant in this action and extend Discovery dates to fully complete discovery in this matter.

DATED this 19th day of December, 2023.                    DATED this 19th day of December, 2023.

**HANRATTY LAW GROUP**                                              **BACKUS | BURDEN**

By: */s/: Kevin M. Hanratty, Esq.*                              By: */s/: Dallin Knecht, Esq.*
   Kevin M. Hanratty, Esq.                                             Jack P. Burden, Esq.
   Nevada Bar No.: 7734                                                 Nevada Bar No. 6918
   Ani Biesiada, Esq.                                                        Dallin Knecht, Esq.
   Nevada Bar No. 14347                                                Nevada Bar No.: 16263
   1815 Village Center Circle, Ste. 140                          3050 South Durango Drive
   Las Vegas, Nevada 89134                                          Las Vegas, Nevada 89117
   Attorneys for Plaintiff                                                   Attorneys for Defendant
   *Tara M. Haywood*                                                   *Sprouts Farmers Market Inc.*

Having reviewed the parties' stipulation, the Court notes that it contains certain typographical errors which the Court has corrected. The Court expects the parties to proof their stipulations in the future and title them appropriately.

**IT IS THEREFORE ORDERED** that the stipulation (ECF No. 16) is **GRANTED** as amended herein.

DATED this 21st day of December, 2023.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4