1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
2  Lisa M. Szyc, Esq.
   Nevada State Bar No. 11726
3  **BACKUS | BURDEN**
4  3050 South Durango Drive
   Las Vegas, NV 89117
5  T: (702) 872-5555
   F: (702) 872-5545
6  JBurden@backuslaw.com
7  LisaSzyc@backuslaw.com
   *Attorneys for Defendant*
8  *Sprouts Farmers Market, LLC*

9               **UNITED STATES DISTRICT COURT**

10                     **DISTRICT OF NEVADA**

11 | TARA M. HAYWOOD, an individual. | **2:23-cv-01062-JAD-DJA** |
   | Plaintiff, | |
   | vs. | **MOTION TO REMOVE DALLIN KNECHT, ESQ. AS COUNSEL OF RECORD FOR DEFENDANT SPROUTS FARMERS MARKET, INC** |
   | SPROUTS FARMERS MARKET, INC.; ROCATEQ NORTH AMERICA LLC; DOES I-X; ROE CORPORATIONS I-X, inclusive, | |
   | Defendants. | |

19 **TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

20     **PLEASE TAKE NOTICE** that Defendant, SPROUTS FARMERS MARKET, INC. by

21 and through its counsel of record, JACK P. BURDEN, ESQ. and LISA M. SZYC; ESQ. of

22 BACKUS | BURDEN hereby provide notice that DALLIN KNECHT, ESQ. is no longer affiliated

23 with the law firm of BACKUS | BURDEN and thus will no longer be associated as counsel of

24 record for Defendant SPROUTS FARMERS MARKET, INC. in this matter.

25     As such, Defendant SPROUTS FARMERS MARKET, INC. respectfully moves this

26 Honorable Court for an Order removing DALLIN KNECHT, ESQ. as counsel of record in this

27 matter with all parties to update their respective service lists, accordingly.

28 ///

JACK P. BURDEN, ESQ. and LISA M. SZYC; ESQ. of BACKUS | BURDEN will continue to serve as counsel of record for SPROUTS FARMERS MARKET, INC.;  in this action.

All items including, but not limited to, pleadings, papers, correspondence, documents, and future notices in this action shall continue to be directed to, and served on JACK P. BURDEN, ESQ. and LISA M. SZYC; ESQ.. of BACKUS | BURDEN as counsel of record for Defendant SPROUTS FARMERS MARKET, INC.

DATED: This 28th day of May, 2024

                                      **BACKUS | BURDEN**

                                      /s/Jack P. Burden
                                    Jack P. Burden, Esq.
                                    Lisa Szyc, Esq.
                                    3050 South Durango Drive
                                    Las Vegas, NV 89117
                                    *Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED: 5/29/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I am a resident of and employed in Clark County, Nevada. I am over the age of 18 years and not a party to the within action. My business address is: 3050 South Durango Drive, Las Vegas, Nevada, 89117.

On ___May 28___, 2024, I served this document on the parties listed on the attached service list via one or more of the methods of service described below as indicated next to the name of the served individual or entity by a checked box:

**VIA U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada. I am "readily familiar" with the firm's practice of collection and processing correspondence by mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

**VIA FACSIMILE:** by transmitting to a facsimile machine maintained by the attorney or the party who has filed a written consent for such manner of service.

**BY PERSONAL SERVICE:** by personally hand-delivering or causing to be hand delivered by such designated individual whose particular duties include delivery of such on behalf of the firm, addressed to the individual(s) listed, signed by such individual or his/her representative accepting on his/her behalf. A receipt of copy signed and dated by such an individual confirming delivery of the document will be maintained with the document and is attached.

**BY E-MAIL:** by transmitting a copy of the document in the format to be used for attachments to the electronic-mail address designated by the attorney or the party who has filed a written consent for such manner of service.

**BY ELECTRONIC MEANS:** by electronically filing and serving with the court's vendor.

| ATTORNEYS OF RECORD | PARTIES REPRESENTED | METHOD OF SERVICE |
|---|---|---|
| Kevin M. Hanratty, Esq.<br>Ani Biesiada, Esq<br>HANRATTY LAW GROUP<br>1815 Village Center Circle #140<br>Las Vegas, NV 89134<br>T: (702) 821-1379  -  F: (702) 870-1846<br>kevinh@hanrattylawgroup.com<br>anib@hanrattylawgroup.com | Plaintiff | ☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☐ Mail service<br>☒ Electronic Means |
| Michael A. Federico, Esq.<br>OLSON CANNON & GORMLEY<br>9950 W. Cheyenne Ave.<br>Las Vegas, NV 89129<br>Phone: (702) 384-4012<br>Email: mfederico@ocgas.com | **Rocateq North America LLC** | ☐ Personal service<br>☐ Email service<br>☐ Fax service<br>☐ Mail service<br>☒ Electronic Means |

I declare that under penalty of perjury under the laws of the State of Nevada that the above is true and correct. I further declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

/s/   Anne Raymundo
An employee of **BACKUS | BURDEN -**

3