# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Tara M. Haywood,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Sprouts Farmers Market, Inc.; Rocateq North America LLC; et al.,<br><br>　　　　　Defendants. | Case No. 2:23-cv-01062-JAD-DJA<br><br>**Order** |

　　　　Before the Court is Plaintiff Tara M. Haywood's motion to extend discovery. (ECF No. 49). Plaintiff explains that the parties' mediation fell through, meaning that the parties must conduct additional discovery. Plaintiff specifically asks that the lapsed expert discovery deadline be reopened. No party responded to the motion, constituting their consent to the Court granting it under Local Rule 7-2(d). Because no party responded and because Plaintiff has demonstrated good cause and excusable neglect, the Court grants the motion in part. *See* Fed. R. Civ. P. 16(b)(4); *see* LR 26-3. It grants the motion in part because Plaintiff seeks a sixty-day extension, but calculates new dates extending the deadlines by ninety days.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend time (ECF No. 49) is **granted in part and denied in part.** It is denied in part regarding Plaintiff's request for a sixty-day extension. It is granted in all other respects. The following deadlines shall govern discovery:

| | |
|---|---|
| Initial expert disclosures: | February 3, 2025 |
| Rebuttal experts: | March 3, 2025 |
| Close of discovery: | April 7, 2025 |
| Dispositive motions: | May 5, 2025 |
| Pretrial order: | June 3, 2025[1] |

DATED: January 2, 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until thirty days after decision on the dispositive motion or further court order.