1  Jack P. Burden, Esq.
   Nevada State Bar No. 6918
   Lisa M. Szyc, Esq.
2  Nevada State Bar No. 11726
   **BACKUS | BURDEN**
3  3050 South Durango Drive
   Las Vegas, NV 89117
   T: (702) 872-5555
4  F: (702) 872-5545
   JBurden@backuslaw.com
5  Attorneys for Defendant/Cross Complainant
   *Sprouts Farmers Market, Inc.*

6

                    **UNITED STATED DISTRICT COURT**
7                        **DISTRICT OF NEVADA**

8  TARA M. HAYWOOD, an individual.        **2:23-cv-01062-JAD-DJA**

9               Plaintiff,

          vs.                              **STIPULATION AND ORDER RE**
10
                                           **DISMISSAL WITH PREJUDICE**.
11 SPROUTS FARMERS MARKET, LLC;
   DOES I-X; ROE CORPORATIONS I-X,
   inclusive,
12                                           [ECF No. 56]
               Defendants.
13 SPROUTS FARMERS MARKET, INC.,

                Cross-Complainant,
14
          vs.
15
   ROCATEQ NORTH AMERICA LLC,

                Cross-Defendant
16

17     Plaintiff **TARA M. HAYWEOOD**, by and through her counsel of record Kevin M.

   Hanratty, Esq. of HANRATTY LAW GROUP, Defendant/Cross Complainant **SPROUTS**
18
   **FARMERS MARKET, INC.,** by and through its counsel of record Jack P. Burden, Esq. of
19
   BACKUS | BURDEN, and Cross-Defendant **ROCATEQ NORTH AMERICA LLC,** by and through
20
   its counsel of record Michael A. Federico, Esq.  and Max Corrick, Esq. of OLSON CANNON &
21
   GORMLEY, hereby stipulate to dismiss all claims that have been brought and/or could have been
22
   brought in the above titled litigation *with* prejudice.
23

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED this _22nd_ day of _April_, 2025          DATED this 22nd day of *April*, 2025

/s/                                              /s/ Jack P. Burden
Kevin M. Hanratty, Esq.                          Jack P. Burden, Esq.
Nevada Bar No. 7734                              Lisa M. Szyc, Esq.
1815 Village Center Circle #140                  **BACKUS | BURDEN**
Las Vegas, NV 89134                              3050 South Durango Drive
Las Vegas, Nevada 89148                          Las Vegas, NV 89117
*Counsel for Plaintiff*                          *Counsel for Defendant/Cross Complainant*
*Tara M. Haywood*                                Sprouts Farmers Market, Inc

DATED this 22nd day of ___April___ , 2025

**OLSON CANNON & GORMLEY**

_____/s/ Max Corick_____
Michael A. Federico, Esq.
Max Corrick, Esq.
9950 W. Cheyenne Ave. ;
Las Vegas, NV 89129
Phone: (702) 384-4012
mfederico@ocgas.com
farenas@ocgas.com
Counsel for Cross-Defendant
Rocateq North America LLC

## ORDER

Based on the parties' stipulation and with good cause appearing, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice, with each party to bear its own costs and fees. **The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
April 25, 2025

2